JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY BRIANS, | Case No. CV 2:23-09696 DOC (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARTIN GAMBOA, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: September 17, 2024

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE